CR 24-139 ADM/TNL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | |
| v. ) | 18 U.S.C. § 1343 |
| ) | |
| DESTINY MCKAYLA COMBS., ) | |
| ) | |
| Defendant. ) | |

THE GRAND JURY CHARGES THAT:

### COUNTS 1-10
(Wire Fraud)

1. At times relevant to this Indictment:

   a. International Assisted Reproduction Center, LLC ("IARC") was a surrogacy agency located in Maple Grove, Minnesota.

   b. Steven H. Snyder & Associates, LLC ("SHS") was a law firm located in Maple Grove, Minnesota.

   c. IARC and SHS were both owned by Steven H. Snyder, a Minnesota resident.

   d. Defendant DESTINY MCKAYLA COMBS was employed as the Accounting Manager of IARC.

   e. In her position as Accounting Manager, Defendant COMBS had access to and control over IARC's and SHS's bank accounts and business records.

2. From in or about February 2019 through in or about June 2023, in the State and District of Minnesota, and elsewhere, the defendant,



## DESTINY MCKAYLA COMBS,

did knowingly devise and participate in a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations, and promises, and by concealment of material facts.

3.  Defendant COMBS used her position as Accounting Manager to embezzle more than $2,700,000 from IARC and SHS over a four-and-a-half-year period. As part of the scheme, Defendant COMBS transferred money from IARC's and SHS's bank accounts to pay her personal American Express credit card bills.

4.  It was further part of the scheme that Defendant COMBS attempted to conceal her embezzlement by creating false entries in IARC's and SHS's accounting records to make it appear the money she stole was used for legitimate business purposes.

5.  In all, Defendant COMBS made approximately 292 payments from IARC's and SHS's bank accounts to her personal American Express credit card, totaling approximately $2,723,025.

6.  On or about the dates listed below, in the State and District of Minnesota and elsewhere, the defendant,

## DESTINY MCKAYLA COMBS,

for the purpose of executing the scheme described above, knowingly caused to be transmitted by means of a wire communication in interstate commerce, all of which passed through servers outside the State of Minnesota, certain writings, signs, signals, and sounds, as follows:

| Count | Date (on or about) | Wire Details |
|---|---|---|
| 1 | June 4, 2019 | An ACH payment of approximately $11,441 from an IARC account at Eagle Community Bank in Minnesota, to Defendant COMBS' personal American Express credit card account. |
| 2 | December 31, 2019 | An ACH payment of approximately $13,902 from an SHS account at Eagle Community Bank in Minnesota to Defendant COMBS' personal American Express credit card account. |
| 3 | February 11, 2021 | An ACH payment of approximately $38,146 from an IARC account at Eagle Community Bank in Minnesota to Defendant COMBS' personal American Express credit card account. |
| 4 | March 8, 2021 | An ACH payment of approximately $27,089 from an IARC account at Eagle Community Bank in Minnesota to Defendant COMBS' personal American Express credit card account. |
| 5 | May 23, 2022 | An ACH payment of approximately $34,365 from an IARC account at Falcon National Bank in Minnesota to Defendant COMBS' personal American Express credit card account. |
| 6 | May 25, 2022 | An ACH payment of approximately $32,146 from an IARC account at Falcon National Bank in Minnesota to Defendant COMBS' personal American Express credit card account. |
| 7 | June 22, 2022 | An ACH payment of approximately $9,488 from an IARC account at Falcon National Bank in Minnesota to Defendant COMBS' personal American Express credit card account. |
| 8 | February 22, 2023 | An ACH payment of approximately $11,861 from an SHS account at Falcon National Bank in Minnesota to Defendant COMBS' personal American Express credit card account. |
| 9 | April 17, 2023 | An ACH payment of approximately $5,390 from an IARC account at Falcon National Bank in Minnesota to Defendant COMBS' personal American Express credit card account. |
| 10 | May 30, 2023 | An ACH payment of approximately $7,500 from an IARC account at Falcon National Bank in Minnesota to Defendant COMBS' personal American Express credit card account. |

All in violation of Title 18, United States Code, Section 1343.

## FORFEITURE ALLEGATIONS

7. Counts 1-10 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c).

8. As the result of the offenses alleged in Counts 1-10 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to such violations.

9. If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p) and by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____  _____
UNITED STATES ATTORNEY        FOREPERSON