# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Case No:  24-CR-0139 |
| v. | ) | Date:  September 16, 2025 |
| | ) | Court Reporter:  Janell Gruber |
| Destiny McKayla Combs, | ) | Courthouse:  Minneapolis |
| Defendant. | ) | Courtroom:  15 |
| | ) | Time Commenced:  10:03 a.m. |
| | ) | Time Concluded:  10:37 a.m. |
| | | Sealed Hearing Time: |
| | | Time in Court:  34 Minutes |

Before John M. Gerrard, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

    For Plaintiff:    Matthew C. Murphy
    For Defendant:    Serguel Mawuko Akiti    ☐ FPD  ☐ CJA  ☒ Retained  ☐ Appointed

Interpreter/Language:

☐ **Evidentiary Hearing** (only select if witness list filed)

☒ **Sentencing.**

☐ Hearing held on objections to the presentence report.

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | Y | | 51 months | | 3 years | | |

Said terms to run  ☐ concurrently  ☐ consecutively

☒ Special conditions of :

**See J&C for special conditions**

☒ Defendant sentenced to pay:
    ☐ Fine in the amount of $.
    ☒ Restitution in the amount of $2,723,025.
    ☐ Costs of prosecution in the amount of $ to be paid .
    ☒ Special assessment in the amount of $100 to be paid.

☒ Plea and plea agreement accepted.
☐ Court Ordered Denial of Federal Benefits.
☐ Execution of sentence of imprisonment suspended until.
☐ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
☐ Execution of sentence of fine suspended.
☒ On Motion of the Government, Counts 2-10 of the Indictment are dismissed.
☐ Motion for departure is   ☐ granted   ☐ denied.
☒ Forfeiture money judgment in the amount of $2,723,025. Defendant is ordered to forfeit any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the fraud scheme alleged in Count 1 of the Indictment. The defendant shall receive a credit against the money judgment forfeiture for the net forfeited value of each asset forfeited from the defendant in connection with this case.
☒ Defendant remanded to the custody of the U.S. Marshal.

 s/CJS 
Courtroom Deputy
